IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| | ) | Case No. 12 CR 574 |
| v. | ) | |
| | ) | Judge Dow |
| NICHOLAS YACH, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STAY RESTITUTION OBLIGATIONS**

Defendant, Nicholas Yach ("Mr. Yach"), by and through his undersigned CJA Panel counsel, respectfully moves this Court for the entry of an Order staying his restitution obligations:

1. Mr. Yach was sentenced by this Court in October 2013. *See* Docket Nos. 30-31.

2. This Court's Sentencing Order includes a restitution obligation. *Id.* at No. 31.

3. Mr. Yach was able to meet his restitution obligations until he lost his employment in 2017.

4. Moreover, Mr. Yach has been diagnosed with Stage III pancreatic cancer.

5. As a result, he is unable to work and was forced to apply for SSI benefits.

6. Mr. Yach was awarded those benefits, and those benefits are his only source of income.

7. However, because of his restitution obligations in this case, those SSI benefits are being withheld from him and taken for his restitution obligation.

8. Accordingly, Mr. Yach seeks the entry of an Order staying his restitution obligations.

**WHEREFORE**, Defendant, Mr. Yach, by and through his undersigned counsel, respectfully moves this Court for the entry of an Order staying his restitution obligations, and for such other and further relief as is appropriate.

**RESPECTFULLY SUBMITTED,**

By: s/Michael I. Leonard
**Counsel for Mr. Yach**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

### CERTIFICATE OF SERVICE

The undersigned states that, on November 2, 2018, he caused the above document to be served upon opposing counsel of record by ECF filing it.

By:/s/ Michael I. Leonard